IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

CHATHAM COUNTY HOSPITAL
AUTHORITY, GEORGIA,

    Plaintiff,

v.

AMERISOURCEBERGEN DRUG
CORPORATION, et al.,

    Defendant.

CIVIL ACTION NO.: 4:19-cv-86

## O R D E R

Before the Court is the Plaintiff's Notice of Voluntary Dismissal filed on April 22, 2019, stating that the Plaintiff voluntarily dismisses the referenced action. (Doc. 3.) Therefore, pursuant to Federal Rule of Civil Procedure 41(a)(1), the Court **DISMISSES** this action **WITHOUT PREJUDICE**. The Clerk is hereby authorized and directed to **CLOSE** this case.

**SO ORDERED**, this 7th day of May, 2019.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA